APPENDIX D
EEOC COMPLAINT FORMAT

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

Derick Norris
Plaintiff

vs.    5 : 14-CV- 441

City of Florilla
Defendant

## COMPLAINT

1. Plaintiff is a citizen of the United States and resides at 288 Beaty Circle Florilla GA. 30216

2. Defendant(s) names(s) City of Florilla

Location of principal office(s) of the named defendant(s) 308 Heard St. Florilla GA. 30216

Nature of defendant(s)' business Local Government

Approximate number of individuals employed by defendant(s) 15

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.
   (B) __✗__ Termination of my employment.
   (C) __✗__ Failure to promote me.
   (D) _____ Other Acts as specified below:

   _____

   _____

   _____

   _____

5. Plaintiff is:

   (A) _____ presently employed by the defendant(s).
   (B) __✗__ not presently employed by the defendant(s).

   The dates of this employment were _____

   Employment was terminated because:

   (1) __✗__ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) __✗__ my race.
   (B) _____ my religion.
   (C) _____ my sex.
   (D) _____ my national origin.
   (E) _____ other as specified below:

   _____

   _____

   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant(s) company is/are:

Scott Chewning Mayor of the City of Flovilla

8. The alleged discrimination occurred on or about  1-1-2014

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is/are as follows:

I was Supervisor for the city and one of my duties were to report wrong doing to my department head, which I did, then I was later terminated for doing so.

10. The alleged illegal activity took place at  City Hall of City of Flovilla

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about  9-5-2014. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on  9-20-2014.

12. I seek the following relief:

(A) ✓ recovery of back pay.
(B) ✓ reinstatement to my former job or position.
(C) ___ front pay (where reinstatement is not suitable).
(D) ___ damages (damages are recoverable only in age discrimination cases and only for "willful violations" of the Act.
(E) ___ injunctive relief.
(F) ✓ expenses and attorney's fees.
(G) ✓ other (describe below):

Pain + Suffering

_Derrick Norris_ 12-19-2014
(Signature and date)

288 Beaty Circle Flovilla, GA 30216
(Address)

(678) 544-3037
(Phone Number)

Attachment:   Right to Sue Notice